## Dr. Homer W. Warren, Appellant, v. C. J. Supernand and Hazel Supernand, Appellees.

Gen. No. 41,565.

opinion filed April 14, 1941; rehearing denied April 28, 1941. Louis T. Herzon, for appellant; George Gilman Kelly, for appellees; John J. Kelly, Jr., of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''